VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
A Professional Law Corporation
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Tel:       (424) 371-5930
Fax:      (310) 392-9029
E-Mail:   victor@victorsherman.law

Attorney for Defendant
TYLER ROBERT BUCHANAN

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No.: 24-MJ-03081 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| TYLER ROBERT BUCHANAN, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that Attorney Victor Sherman of the Law Offices of Victor Sherman, A Professional Law Corporation, 11400 West Olympic Boulevard, Suite 1500, Los Angeles, California 90064, Telephone: (424) 371-5930, Facsimile: (310) 392-9029, Email: victor@victorsherman.law, is entering an appearance, in the above-entitled matter as counsel for the defendant, Tyler Robert Buchanan.

DATED: May 1, 2025                        Respectfully submitted,

                                   /s/Victor Sherman
                          By:      _____
                                   VICTOR SHERMAN
                                   Attorney for Defendant
                                   Tyler Robert Buchanan