Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT

5/16/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ASI_____ DEPUTY

Case Number   2:24-595-(A)-JWH__

U.S.A. v.   Tyler Robert Buchanan

[✓] Indictment          [ ] Information

Defendant Number   1

Year of Birth   2002

Investigative agency (FBI, DEA, etc.)   FBI

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   September 2001 - April 2023

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in
   (CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[✓] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other _____

Citation of Offense   18 USC 1349

e. Division in which the MAJORITY of events, acts, or omissions
   giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

[✓] No          [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of
Assignment of Cases and Duties to District Judges, criminal
cases may be related if a previously filed indictment or
information and the present case:

a. arise out of the same conspiracy, common scheme,
   transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
   entail substantial duplication of labor in pretrial, trial or
   sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  05/28/2024

Case Number:   2:24-MJ-3081

Assigned Judge:   Duty

Charging: 18 USC 1349,18 USC 371, 18 USC 1343, 18 USC 1028A

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:   Sara Azari and Victor Sherman

Phone Number:   213-622-5000

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*          [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[ ] Yes*          [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [✓] Yes   [ ] No

This is the  1st_____  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
10/08/2004

Case Number 2:24-CR-595-JWH

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

JWH

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*          [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[ ] Yes*          [✓] No

Was a Notice of Complex Case filed on the Indictment or
Information?
[ ] Yes          [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male        ☐ Female

☐ U.S. Citizen    ☐ Alien

Alias Name(s)    Dread Pirate Roberts and Evefan

_____

This defendant is charged in:

  ☑ All counts

  ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud  ☐ public corruption
☐ government fraud       ☐ tax offenses
☐ environmental issues     ☑ mail/wire fraud
☐ narcotics offenses      ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

  in the amount of $ _____

c. PSA supervision?  ☑ Yes  ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☑ Federal

b. Name of Institution:  MDC-LA

c. If Federal, U.S. Marshals Service Registration Number:
24547-506

d. ☑ Solely on this charge.  Date and time of arrest:
04/22/2025

e. On another conviction:  ☐ Yes  ☑ No

  IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☑ No

  IF YES:  ☐ State  ☐ Federal  AND

Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____ 20 ____ 21 ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

Date    05/16/2025

Signature of Assistant U.S. Attorney
LAUREN RESTREPO
Print Name