UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:24-cr-00595-(A)-JWH                                    Date: 06/05/2025

Present: The Honorable: Margo A. Rocconi, United States Magistrate Judge

Interpreter N/A                                                   Language N/A

| Valerie Velasco | CS 06/05/2025 | Yervant P. Hagopian |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✓ Present   In Custody            Attorneys for Defendants:   ✓ Present   Retained

Tyler Robert Buchanan                                             Sara Azari

**Proceedings: Arraignment of Defendant and/or**     ✓ Assignment of Case          Appointment of Counsel
                                                        Initial Appearance

* Defendant states true name is the name on the Superseding Indictment A.
* Defendant is arraigned under name on the Superseding Indictment A.
* Defendant acknowledges having read the Superseding Indictment A and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Superseding Indictment A.
* This case is assigned to Judge John W. Holcomb.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 07/07/2025 9:00 AM;
Status Conference: 06/20/2025 1:00 PM; Motion Hearing: 06/20/2025 1:00 PM
* Government counsel provides trial estimate of 6 days
* Judge Holcomb is located in 9D, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc:    PSALA       PSAED       PSASA         Initial Appearance/Appointment of Counsel: 00 : 00
    ✓  USMLA       USMED       USMSA                              Arraignment: 00 : 03
       Statistics Clerk         Interpreter
       CJA Supervising Attorney  Fiscal      Initials of Deputy Clerk: VV by TRB