VICTOR SHERMAN (SBN: 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone: (424) 371-5930
Facsimile:  (310) 392-9029
Email: victor@victorsherman.law

SARA AZARI, ESQ.  (SBN 237987)
LAW OFFICE OF SARA AZARI
849 S. Broadway, Suite 1107
Los Angeles, CA 90014
Telephone (213) 622-5000
Facsimile  (213) 254-0555
Email: sara@azarilaw.com

Attorneys for Defendant
TYLER BUCHANAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER BUCHANAN,<br><br>Defendant. | Case No. 24-cr-00595-JWH-5<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER**<br><br>**Current Date:     August 21, 2026**<br><br>**Proposed Date:   September 29, 2026** |

Defendant, Tyler Buchanan, by and through his counsel of record, Victor Sherman and Sara Azari, and Plaintiff United States of America, by and through its counsel of record, Lauren Restrepo, hereby stipulate that the Sentencing Hearing currently scheduled August 21, 2026 be continued to September 29, 2026 at 10:00 a.m.

This request is made for good cause. Defense counsel, Sara Azari, is scheduled to undergo eye surgery that will require an eight-week recovery period, and she has a prepaid vacation from July 29, 2026 to September 3, 2026.  A brief continuance will allow counsel sufficient time to adequately prepare and ensure that sentencing proceedings are conducted efficiently and with the benefit of fully prepared counsel.

The parties therefore respectfully request that the sentencing hearing be continued to September 29, 2026, at 10:00 a.m.

Defense counsel has communicated with Assistant United States Attorney Lauren Restrepo, who has no objection to the requested continuance.

Respectfully submitted,

Dated: June 17, 2026         By:

*/s/ Sara Azari*
SARA AZARI

*/s/ Victor Sherman*
VICTOR SHERMAN

Attorneys for Defendant
TYLER BUCHANAN

Dated: June 17, 2026         */s/ Lauren Restrepo*
LAUREN RESTREPO
Assistant United States Attorney
Attorney for Plaintiff