DECLARATION OF JACOB FREDERICK

I, Jacob Frederick, declare as follows:

1. I am a Supervisory Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June 2014. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), who is empowered to investigate the offenses enumerated in Titles 18 and 21 of the United States Code. I am currently assigned as a Supervisory Special Agent to a Cybercrimes Unit, where I specialize in the investigation of computer and high-technology crimes, including computer intrusions and other types of malicious computer activity. During my career as an FBI Special Agent, I have participated in numerous computer crime investigations. In addition, I have received both formal and informal training from the FBI and other institutions regarding computer-related investigations and computer technology. I have also participated in the execution of numerous search warrants conducted by the FBI and have participated in the seizure of evidence, including digital evidence from digital devices.

2. Attached hereto as **Exhibit A** and **Exhibit B** are a true and correct redacted copies of portions of a Cellebrite report from the FBI's review of seized evidence from defendant Tyler Buchanan's ("defendant") iPhone, and previously produced to defense counsel at USAO_00117011 (seized evidence from iPhone, with Cellebrite reader). This evidence was produced pursuant to the Protective Order (Dkt. 25) in this case. This document has been redacted to protect victim and third party personal identifying information.

3. The facts stated herein are based on my personal knowledge of this case and my review of case records and materials. Because I

am making this declaration for the limited purpose of providing and explaining Exhibits A and B, I have not included each and every fact known to me concerning this matter.

4. **Exhibit A** to this declaration is a portion of a message exchange, on the encrypted messaging platform Telegram, between defendant (Telegram number ending -8262) and another Telegram user (Telegram number ending -4520) ("User 1"). These messages were found during a review defendant's iPhone, seized from him when he was arrested in Spain on May 31, 2024. The date of these messages is April 25, 2024. In these messages, defendant and User 1 discuss whether a "site" is "already up", and defendant provided the domain "[Victim Company].okta.com" to User 1, and User 1 provided the domain "[Victim Company]-hr.com" to defendant.[1] From my training and experience investigating cyber intrusions, and my involvement in this case, I know that "Okta" is a cloud-based software platform used by many companies to manage and secure user logins and digital identities. The "hr" in the second domain likely refers to human resources. When discussing the domains with User 1, defendant stated "Bro U broke the site . . . its not logging username only password." Based on my knowledge of and participation in this case, the context of the messages, and the naming convention of the domains, defendant and User 1 are discussing the creation of fraudulent phishing websites to be used to target employees at the Victim Company, and defendant is complaining to User 1 that at least one of their phishing sites is only collecting (i.e., logging) passwords and not

[1] The Victim Company's name is redacted in this declaration and in the attached exhibits. The Victim Company is a US-based software platform that allows individuals and businesses to create, host, and manage professional websites.

usernames. In the messages, defendant also mentioned "evilginx" which I know based on my experience investigating cyber crime is publicly available phishing software often used to bypass Multi- Factor Authentication (MFA).

5. **Exhibit B** to this declaration is a portion of a message exchange, on the encrypted messaging platform Telegram, between defendant (Telegram number ending -8262) and another Telegram user (Telegram Number ending -6022) ("User 2"). This conversation occurred immediately following the conversation referenced in Exhibit A between defendant and User 1. During the exchange, User 2 asked defendant, "why the fuck are u hacking [Victim Company]". Defendant responded "bc I got okta admin g." Based on my knowledge of and participation in this case, and the context of the messages, I believe defendant is claiming to have administrator access to an Okta account for the Victim Company. During the exchange, when User 2 again asked defendant, "what are u even hacking them for," defendant responded "data." Based on the context of the messages, and my knowledge of and participation in this case, including of the numerous phishing attacks against companies in this case, I believe defendant is targeting the Victim Company to obtain non-public company data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 17, 2026.

FBI SSA JACOB FREDERICK

Exhibit A

From: 6990678262 . (owner)
good luck.
4/25/2024 12:07:50 AM(UTC+0)

From: 6990678262 . (owner)
borterher
4/25/2024 12:07:52 AM(UTC+0)

From: 6990678262 . (owner)
no logs g
4/25/2024 12:18:21 AM(UTC+0)

From: 6990678262 . (owner)
we're skids
4/25/2024 12:18:23 AM(UTC+0)

From: 6990678262 . (owner)
gg
4/25/2024 12:18:23 AM(UTC+0)

From: 6990678262 . (owner)
yo
4/25/2024 12:25:55 AM(UTC+0)

From: 6990678262 . (owner)
move
4/25/2024 12:25:56 AM(UTC+0)

From: 6990678262 . (owner)
to
4/25/2024 12:25:56 AM(UTC+0)

From: 6990678262 . (owner)
s[redacted]
4/25/2024 12:25:57 AM(UTC+0)

From: 6990678262 . (owner)
site
4/25/2024 12:25:58 AM(UTC+0)

From: 6990678262 . (owner)
do we do this site
4/25/2024 12:26:24 AM(UTC+0)

From: 6990678262 . (owner)
or
4/25/2024 12:26:24 AM(UTC+0)

From: 6990678262 . (owner)
do i move it to
4/25/2024 12:26:26 AM(UTC+0)

From: 6990678262 . (owner)
evilginx
4/25/2024 12:26:30 AM(UTC+0)

From: [redacted]5304520 *
the site
4/25/2024 12:26:37 AM(UTC+0)

From: [redacted]5304520 *
its already up
4/25/2024 12:26:40 AM(UTC+0)

From: 6990678262 . (owner)
ok move to s[redacted]
4/25/2024 12:26:55 AM(UTC+0)

From: 6990678262 . (owner)
logo
4/25/2024 12:26:56 AM(UTC+0)

From: [redacted]5304520 *
[redacted]petition
4/25/2024 12:28:56 AM(UTC+0)

From: [redacted]5304520 *
g
4/25/2024 12:28:59 AM(UTC+0)

From: 6990678262 . (owner)
do u know
4/25/2024 12:31:23 AM(UTC+0)

From: 6990678262 . (owner)
smsmobile login
4/25/2024 12:31:24 AM(UTC+0)

From: [redacted]5304520 *
i dont know what u mean
4/25/2024 12:32:50 AM(UTC+0)

From: 6990678262 . (owner)
smsmobile.cc
Attachments:

Size: 0
Path: smsmobile.cc
(Empty File)

4/25/2024 12:32:54 AM(UTC+0)

From: 6990678262 . (owner)
is s[redacted]up
4/25/2024 12:32:57 AM(UTC+0)

From: [redacted]5304520 *
sec
4/25/2024 12:33:39 AM(UTC+0)

From: 6990678262 . (owner)
waiting
4/25/2024 12:34:12 AM(UTC+0)

From: [redacted]5304520 *
whats their okta
4/25/2024 12:35:23 AM(UTC+0)

From: 6990678262 . (owner)
[redacted].okta.com
Attachments:

Size: 0
Path: squarespace.okta.com
(Empty File)

4/25/2024 12:35:39 AM(UTC+0)

284

From: [redacted]5304520 *

[redacted]-hr.com

**Attachments:**

Size: 0
Path: squarespace-hr.com
(Empty File)

4/25/2024 12:37:43 AM(UTC+0)

From: 6990678262 . (owner)

why are there

4/25/2024 12:38:02 AM(UTC+0)

From: 6990678262 . (owner)

2 different logos

4/25/2024 12:38:04 AM(UTC+0)

From: 6990678262 . (owner)

LOOOL

4/25/2024 12:38:05 AM(UTC+0)

From: 6990678262 . (owner)

**Attachments:**

Size: 0
(Empty File)

4/25/2024 12:38:17 AM(UTC+0)

From: 6990678262 . (owner)

Attachments:



Size: 8129
File name: telegram-cloud-photo-size-4-5857321509335449859-y_shm200
telegram-cloud-photo-size-4-5857321509335449859-y_shm200

4/25/2024 12:38:20 AM(UTC+0)

From: [redacted]5304520 *
LOL
4/25/2024 12:38:36 AM(UTC+0)

From: [redacted]5304520 *
bro its the files ug ave me
4/25/2024 12:38:43 AM(UTC+0)

From: [redacted]5304520 *
only one uses img logo
4/25/2024 12:38:49 AM(UTC+0)

From: 6990678262 . (owner)
bro
4/25/2024 12:38:53 AM(UTC+0)

From: 6990678262 . (owner)
i just do the link
4/25/2024 12:38:57 AM(UTC+0)

From: [redacted]5304520 *
ill chnage t
4/25/2024 12:38:57 AM(UTC+0)

From: 6990678262 . (owner)
i dont do
4/25/2024 12:38:59 AM(UTC+0)

From: 6990678262 . (owner)
logo
4/25/2024 12:39:00 AM(UTC+0)

From: [redacted]304520 *
thats the files
4/25/2024 12:39:05 AM(UTC+0)

From: [redacted]304520 *
g
4/25/2024 12:39:05 AM(UTC+0)

From: 6990678262 . (owner)
no u edited it shitty g
4/25/2024 12:39:11 AM(UTC+0)

From: 6990678262 . (owner)
Bro
4/25/2024 12:44:00 AM(UTC+0)

From: 6990678262 . (owner)
U broke
4/25/2024 12:44:00 AM(UTC+0)

From: 6990678262 . (owner)
the
4/25/2024 12:44:01 AM(UTC+0)

From: 6990678262 . (owner)
site
4/25/2024 12:44:02 AM(UTC+0)

From: [redacted]5304520 *
wym
4/25/2024 12:44:05 AM(UTC+0)

From: 6990678262 . (owner)
its
4/25/2024 12:44:07 AM(UTC+0)

From: 6990678262 . (owner)
not logging
4/25/2024 12:44:09 AM(UTC+0)

From: 6990678262 . (owner)
username
4/25/2024 12:44:09 AM(UTC+0)

From: 6990678262 . (owner)
only
4/25/2024 12:44:10 AM(UTC+0)

From: 6990678262 . (owner)
password
4/25/2024 12:44:11 AM(UTC+0)

EXHIBIT B

From: [redacted]8986022[redacted]
vz
4/24/2024 10:38:13 PM(UTC+0)

From: [redacted]8986022[redacted]
?
4/24/2024 10:38:14 PM(UTC+0)

From: [redacted]8986022[redacted]
yo
4/25/2024 1:38:05 AM(UTC+0)

From: [redacted]8986022[redacted]
why the
4/25/2024 1:38:07 AM(UTC+0)

From: [redacted]8986022[redacted]
fuck
4/25/2024 1:38:07 AM(UTC+0)

From: [redacted]8986022[redacted]
are u hacking
4/25/2024 1:38:09 AM(UTC+0)

From: [redacted]986022[redacted]
s[redacted]
4/25/2024 1:38:11 AM(UTC+0)

From: 6990678262 . (owner)
bc
4/25/2024 1:38:12 AM(UTC+0)

From: 6990678262 . (owner)
i got
4/25/2024 1:38:13 AM(UTC+0)

From: 6990678262 . (owner)
okta admin g
4/25/2024 1:38:15 AM(UTC+0)

From: [redacted]8986022[redacted]
for what
4/25/2024 1:38:18 AM(UTC+0)

From: [redacted]986022[redacted]
eve
4/25/2024 1:38:19 AM(UTC+0)

From: 6990678262 . (owner)
**Attachments:**

Size: 0
(Empty File)

4/25/2024 1:38:21 AM(UTC+0)

From: 6990678262 . (owner)
?
4/25/2024 1:38:23 AM(UTC+0)

From: [redacted]986022[redacted]
what are u even
4/25/2024 1:38:54 AM(UTC+0)

From: [redacted]986022[redacted]
hacking them
4/25/2024 1:38:56 AM(UTC+0)

From: [redacted]986022[redacted]
for
4/25/2024 1:38:56 AM(UTC+0)

From: [redacted]986022[redacted]
g
4/25/2024 1:38:57 AM(UTC+0)

From: [redacted]986022[redacted]
theres gonna be like
4/25/2024 1:41:24 AM(UTC+0)

From: [redacted]986022[redacted]
0 good pii
4/25/2024 1:41:25 AM(UTC+0)

From: [redacted]986022[redacted]
prolly
4/25/2024 1:41:26 AM(UTC+0)

From: 6990678262 . (owner)
**Attachments:**

Size: 0
(Empty File)

4/25/2024 1:42:06 AM(UTC+0)

From: [redacted]986022 [redacted]
this doesnt answer
4/25/2024 1:42:17 AM(UTC+0)

From: [redacted]986022 [redacted]
my question
4/25/2024 1:42:20 AM(UTC+0)

From: 6990678262 . (owner)
data.
4/25/2024 1:42:33 AM(UTC+0)

From: 6990678262 . (owner)
g
4/25/2024 1:42:33 AM(UTC+0)

From: [redacted]986022 [redacted]
yo
4/25/2024 3:37:24 AM(UTC+0)

From: [redacted]986022 [redacted]
tyler
4/25/2024 3:37:26 AM(UTC+0)