UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

Case No. 2:24-cr-00595-JWH-5 Date: November 17, 2026

Present: The Honorable: JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

Interpreter: N/A

| Clarissa Lara | Deborah Parker | Lauren Restrepo |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant | Present | Custody | Citation | Attorneys for Defendant: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Tyler Robert Buchanan **(CUSTODY)** | X | X | | Victor Sherman, Retained<br>Sara Azari, Retained | X | | X |

**Proceedings: SENTENCING**

Counsel state their appearances. Also present is United States Probation Officer Michelle Wang. A Restitution Hearing is **SET** for December 11, 2026, at 1:00 p.m.

Sentencing hearing held. See separate Judgment and Commitment Order.

**IT IS SO ORDERED.**

cc: BOP, USMS, USPPO

01:36
**Initials of Deputy Clerk** cla